**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ADRIAN ORTIZ MORENO,

Defendant.

**CASE NO.: 2:26-cr-00167-CDS-EJY-1**

**ORDER GRANTING STIPULATION REGARDING SUBSTITUTION OF ATTORNEY**

Upon consideration of the Stipulation of Counsel Regarding Substitution of Attorney, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation (**ECF No. [76]**) is **GRANTED**.

**IT IS FURTHER ORDERED** that GARRETT T. OGATA, ESQ., of the LAW OFFICES OF GARRETT OGATA, is substituted in as counsel of record for Defendant ADRIAN ORTIZ MORENO in place and stead of NICHOLAS WOLFRAM, ESQ., of the FEDERAL PUBLIC DEFENDER'S OFFICE.

**IT IS FURTHER ORDERED** that NICHOLAS WOLFRAM, ESQ., and the FEDERAL PUBLIC DEFENDER'S OFFICE are relieved as counsel of record for Defendant ADRIAN ORTIZ MORENO and shall be removed from the Court's electronic service list for this matter.

**IT IS SO ORDERED**.

**DATED** this 28th day of August 2026.

UNITED STATES MAGISTRATE JUDGE